IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DIEGO GUEVARA                                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 4:06CV42TSL-LRA

LUCILLE TUCKER                                                                  DEFENDANT

_____

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

_____

THIS DAY this cause having come before the Court upon the joint ore tenus motion of

counsel for Plaintiff and counsel for Defendant for dismissal with prejudice of the Complaint filed

in this cause and the Court, having been informed that an amicable resolution of the controversy has

been achieved by and between the parties named herein, finds that said motion is well taken and

should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint filed herein is

hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 26th day of June, 2007.


                                            /s/Tom S. Lee_____
                                            DISTRICT COURT JUDGE

Agreed and Approved:

        /s/ Curt Crowley
_____
Curt Crowley, Esq., MSB #99556
SCHWARTZ & ASSOCIATES
P. O. Box 3949
Jackson, MS 39207
COUNSEL FOR PLAINTIFF

        /s/ Reeve G. Jacobus, Jr.
_____
Reeve G. Jacobus, Jr., Esq., MSB#2986
WILLIFORD, McALLISTER & JACOBUS, LLP
303 Highland Park Cove, Suite A
Ridgeland, Mississippi 39157-6059

COUNSEL FOR DEFENDANT